IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02059-MJW

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

Plaintiff,

v.

BONBECK PARKER, LLC, and
BONBECK HL, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 21) is GRANTED finding good cause shown. The written Protective Order (docket no. 21-1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: October 23, 2014