IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02059-RM-MJW

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

Plaintiff,

v.

BONBECK PARKER, LLC, and
BONBECK HL, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the parties' Joint Motion for Entry of Stay (Docket No. 47) is GRANTED.

     The Court finds that the parties to this action agree that a stay is appropriate; that the plaintiff's interests in proceeding expeditiously and cost-effectively are served rather than undermined by a stay pending ruling on the threshold appraisal issue; that the stay would appropriately mitigate undue burden on both parties; that a stay is in the interest of judicial economy; and that the interests of third parties and the public at large do not weigh either for or against a stay. *See String Cheese Incident, LLC v. Stylus Shows, Inc.*, 02-cv-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. March 30, 2006) (factors relevant to granting a stay of proceedings). For these reasons, the Court further ORDERS that:

- Discovery and other proceedings in this case are STAYED pending a ruling on the parties' motions for partial summary judgment (Docket Nos. 31 & 41);

- The parties are directed to file a joint status report on or shortly before August 31, 2015, if no ruling has yet been entered; and

- Should a ruling be entered before August 31, 2015, the parties are directed to file a proposed amended scheduling order within 14 days of such ruling.

Date: February 20, 2015